# EXHIBIT 1



# Employee Handbook Acknowledgement

I have received a copy of Centene's Employee Handbook that outlines policies, benefits, and employee responsibilities. I will familiarize myself with the information contained in the manual and will seek verification or clarification where necessary. I understand that it is not a binding contract, but a set of guidelines for the implementation of personnel policies, that any further or additional agreements with the employees must be reduced to writing and executed by an authorized officer, and the oral agreements are of no effect. In the event of a contradiction between practice or supervisor statements and the handbook, the terms of the handbook will control.

I understand that the information contained in the handbook is subject to change as situations warrant and that changes in the policies may supersede, modify or eliminate any or all policies summarized in the handbook.

I further understand that the policies, practices, procedures, and benefits contained in the handbook do not constitute an employment contract between Centene and myself. I understand that unless otherwise provided for by statute, that notwithstanding any of the provisions of this handbook, I am employed by Centene on an "at-will" basis, by mutual consent and that no oral or written statements have been given to me contrary to the foregoing. My employment may be terminated at any time either by me or Centene with or without cause.

_Amy Endsley_     3-16-09
Employee Signature     Date

_Amy Endsley_
Employee Name (Please Print)

CTXLP01769
CONFIDENTIAL