# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KATHY CLARK, AMY ENDSLEY, | § | |
| SUSAN GRIMMETT, MARGUERIETTE | § | |
| SCHMOLL, AND KEVIN ULRICH, | § | |
| ON BEHALF OF THEMSELVES AND | § | |
| ALL OTHERS SIMILARLY SITUATED, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 1:12-CV-00174-SS |
| | § | |
| CENTENE CORPORATION, | § | JURY DEMANDED |
| CENTENE COMPANY | § | |
| OF TEXAS, L.P., | § | |
| AND, | § | |
| SUPERIOR HEALTHPLAN, INC. | § | |
| | § | |
| Defendants. | § | |

## PLAINTIFFS' FIRST SET OF INTERROGATORIES
## TO DEFENDANT CENTENE CORPOPRATION

TO:   Centene Corporation, Defendant, by and through its attorney of record,
Mr. Michael J. Golden, BOULETTE & GOLDEN LLP, 2801 Via Fortuna, Suite
530, Austin, Texas 78746

Plaintiffs, through their counsel, request that Defendant respond to the following
Interrogatories. You are required to answer these Interrogatories separately and fully in
writing, under oath. You are required to serve answers to these Interrogatories no later
than thirty (30) days after service of such Interrogatories upon you, to the undersigned at
1800 Guadalupe Street, Austin, Texas 78701.

## INTERROGATORY NO. 6

Identify by name, last known address, phone number, e-mail address, social security number, job title and dates of employment with Defendant, all persons who have been employed by Defendant since February 22, 2009, who performed the jobs listed in Interrogatory No. 1 (and/or jobs with substantially similar duties) and who have been classified as exempt and not paid overtime for any hour worked over forty in any work week.

Respectfully submitted,

By: _____

David G. Langenfeld
State Bar No. 11911325
DUNHAM & JONES, P.C.
1800 Guadalupe Street
Austin, TX 78701
Tel.: (512) 777-7777
Fax: (512) 340-4051
E-mail: david@dunhamlaw.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document was served on counsel for the Defendant, in the manner indicated, on June 11, 2012, as follows:

**VIA CM/RRR**
**91 7199 9991 7030 0904 2520**
Mr. Michael J. Golden
BOULETTE & GOLDEN LLP
2801 Via Fortuna, Suite 530
Austin, Texas 78746
ATTORNEY FOR DEFENDANTS

_____

David G. Langenfeld