# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KATHY CLARK, AMY ENDSLEY, | § | |
| SUSAN GRIMMETT, MARGUERIETTE | § | |
| SCHMOLL, AND KEVIN ULRICH, | § | |
| ON BEHALF OF THEMSELVES AND | § | |
| ALL OTHERS SIMILARLY SITUATED, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 1:12-CV-00174-SS |
| | § | |
| CENTENE CORPORATION, | § | JURY DEMANDED |
| CENTENE COMPANY | § | |
| OF TEXAS, L.P., | § | |
| AND, | § | |
| SUPERIOR HEALTHPLAN, INC. | § | |
| | § | |
| Defendants. | § | |

## PLAINTIFFS' FIRST REQUESTS FOR PRODUCTION
## TO DEFENDANT CENTENE CORPORATION

TO:   Centene Corporation, Defendant, by and through its attorney of record,
Mr. Michael J. Golden, BOULETTE & GOLDEN LLP, 2801 Via Fortuna, Suite
530, Austin, Texas 78746

Plaintiffs, through their counsel, request that Defendant respond to the following
Requests for Production.  You are required to serve Responses to these Requests for
Production no later than thirty (30) days after service of such Requests for Production
upon you, to the undersigned at 1800 Guadalupe Street, Austin, Texas 78701.

**REQUEST NO. 17**

Employee lists or other documents containing the names and information requested in
Interrogatory No. 6 of Plaintiffs' First Set of Interrogatories to Defendant Centene
Corporation.

## DEFINITIONS

A.     *Communication.*  The term "communication" means the transmittal of information (in the form of facts, ideas, inquiries or otherwise).

B.     *Document.*  The term "document" is defined to be synonymous in meaning and equal in scope to the usage of this term in Federal Rule of Civil Procedure 34(a).  A draft of a nonidentical copy is a separate document within the meaning of this term.

C.     *Parties.*  Unless otherwise stated, the term "Plaintiff" refers to each named Plaintiff in this suit.  The term "Defendant" refers to Centene Corporation, its officers, directors, and employees.  The term "Defendants" refers to all Defendants made parties to this lawsuit.

D.     *Person.*  The term "person" is defined as any natural person or business, legal or governmental entity or association.

E.     *Concerning.*  The term "concerning" means relating to, referring to, describing, evidencing or constituting.

F.     *And/Or.*  The connectives "and" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the discovery request all responses that might otherwise be construed to be outside of its scope.

Respectfully submitted,

By:

David G. Langenfeld
State Bar No. 11911325
DUNHAM & JONES, P.C.
1800 Guadalupe Street
Austin, TX 78701
Tel.: (512) 777-7777
Fax: (512) 340-4051
E-mail:  david@dunhamlaw.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was served on counsel for the Defendant, in the manner indicated, on June 11, 2012, as follows:

**VIA CM/RRR**
**91 7199 9991 7030 0904 2520**
Mr. Michael J. Golden
BOULETTE & GOLDEN LLP
2801 Via Fortuna, Suite 530
Austin, Texas 78746
ATTORNEY FOR DEFENDANTS

David G. Langenfeld