# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| KATHY CLARK, AMY ENDSLEY, SUSAN GRIMMETT, MARGUERIETTE SCHMOLL, AND KEVIN ULRICH, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED, ) ) ) ) ) ) ) | |
| Plaintiffs, ) ) | Civil Action No. 1:12-CV-00174-SS |
| vs. ) ) | JURY DEMANDED |
| CENTENE CORPORATION, CENTENE COMPANY OF TEXAS, L.P., AND SUPERIOR HEALTHPLAN, INC., ) ) ) ) ) | |
| Defendants. ) | |

### DEFENDANT'S OBJECTIONS AND ANSWERS TO PLAINTIFFS' FIRST SET OF INTERROGATORIES TO DEFENDANT CENTENE CORPOPRATION

COMES NOW Defendant Centene Corporation (hereafter "Centene" or "Defendant") by and through its counsel, and pursuant to Rule 33 and 26(e)(1)(A) of the Federal Rules of Civil Procedure, submits its Answers and Objections to Plaintiff's First Set of Interrogatories as follows:

## INTERROGATORY NO. 6

Identify by name, last known address, phone number, e-mail address, social security number, job title and dates of employment with Defendant, all persons who have been employed by Defendant since February 22, 2009, who performed the jobs listed in Interrogatory No. 1 (and/or jobs with substantially similar duties) and who have been classified as exempt and not paid overtime for any hour worked over forty in any work week.

### ANSWER:

Objection. Centene objects to this interrogatory on the grounds that it is overly broad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence. No class has been certified in this case at this time and Plaintiffs' efforts to use this discovery as a method to discover other possible plaintiffs is improper at this stage of the litigation. Further, Centene objects on the grounds that it has no employees.

Respectfully submitted,

BY: */s/ Michael J. Golden*
    Michael J. Golden
    State Bar No. 24032234

    BOULETTE & GOLDEN LLP
    2801 Via Fortuna, Suite 350
    Austin, TX 78746
    512.732.8902
    512.732.8905 (facsimile)
    mike@boulettegolden.com

    Robert A. Kaiser
    Jovita M. Foster
    Jeremy M. Brenner
    ARMSTRONG TEASDALE LLP
    7700 Forsyth Blvd., Suite 1800
    St. Louis, Missouri 63105
    314.621.5070
    314.621.5065 (facsimile)
    rkaiser@armstrongteasdale.com
    jfoster@armstrongteasdale.com
    jbrenner@armstrongteasdale.com

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing has been served upon all counsel of record via hand delivery on this 1st day of August 2012, as follows:

David G. Langenfeld
Dunham & Jones, P.C.
1800 Guadalupe Street
Austin, Texas 78701
512.777.7777 (Telephone)
512.340.4051 (Facsimile)

                                              */s/ Michael J. Golden*
                                              Michael J. Golden
                                              Counsel for Defendants