# EXHIBIT 5

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| KATHY CLARK, AMY ENDSLEY, SUSAN )<br>GRIMMETT, MARGUERIETTE SCHMOLL, )<br>AND KEVIN ULRICH, ON BEHALF OF )<br>THEMSELVES AND ALL OTHERS )<br>SIMILARLY SITUATED, )<br> )<br> )<br> Plaintiffs, )<br> )<br>vs. )<br> )<br> )<br>CENTENE CORPORATION, CENTENE )<br>COMPANY OF TEXAS, L.P., AND )<br>SUPERIOR HEALTHPLAN, INC., )<br> )<br> )<br> Defendants. ) | Civil Action No.  1:12-CV-00174-SS<br><br>JURY DEMANDED |

**DEFENDANT'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' FIRST
REQUESTS FOR PRODUCTION
TO DEFENDANT CENTENE CORPORATION**

COMES NOW Defendant Centene Corporation (hereafter "Centene Corporation"), by

and through its counsel, and pursuant to Rule 34 and 26(e)(1)(A) of the Federal Rules of Civil

Procedure, submits its Responses and Objections to Plaintiff's First Request for Production as

follows:

## REQUEST NO. 17

Employee lists or other documents containing the names and information requested in Interrogatory No. 6 of Plaintiffs' First Set of Interrogatories to Defendant Centene Corporation.

## RESPONSE:

None.

Respectfully submitted,

BY: _____
     Michael J. Golden
     State Bar No. 24032234

     BOULETTE & GOLDEN LLP
     2801 Via Fortuna, Suite 350
     Austin, TX 78746
     512.732.8902
     512.732.8905 (facsimile)
     mike@boulettegolden.com

     Robert A. Kaiser
     Jovita M. Foster
     Jeremy M. Brenner
     ARMSTRONG TEASDALE LLP
     7700 Forsyth Blvd., Suite 1800
     St. Louis, Missouri 63105
     314.621.5070
     314.621.5065 (facsimile)
     rkaiser@armstrongteasdale.com
     jfoster@armstrongteasdale.com
     jbrenner@armstrongteasdale.com

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing has been served upon all counsel of record via hand delivery on this 1st day of August 2012, as follows:

David G. Langenfeld
Dunham & Jones, P.C.
1800 Guadalupe Street
Austin, Texas 78701
512.777.7777 (Telephone)
512.340.4051 (Facsimile)

_/s/ Michael J. Golden_
Michael J. Golden
Counsel for Defendants