# EXHIBIT 6

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| KATHY CLARK, AMY ENDSLEY, SUSAN ) <br> GRIMMETT, MARGUERIETTE SCHMOLL, ) <br> AND KEVIN ULRICH, ON BEHALF OF ) <br> THEMSELVES AND ALL OTHERS ) <br> SIMILARLY SITUATED, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> CENTENE CORPORATION, CENTENE ) <br> COMPANY OF TEXAS, L.P., AND ) <br> SUPERIOR HEALTHPLAN, INC., ) <br> ) <br> Defendants. ) | Civil Action No. 1:12-CV-00174-SS <br><br> JURY DEMANDED |

**DEFENDANT'S OBJECTIONS AND ANSWERS TO PLAINTIFFS'
FIRST SET OF INTERROGATORIES
TO DEFENDANT SUPERIOR HEALTHPLAN, INC.**

COMES NOW Defendant Superior HealthPlan, Inc., (hereafter "Superior" or

Defendant") by and through its counsel, and pursuant to Rule 33 and 26(e)(1)(A) of the Federal

Rules of Civil Procedure, submits its Answers and Objections to Plaintiff's First Set of

Interrogatories as follows:

## INTERROGATORY NO. 6

Identify by name, last known address, phone number, e-mail address, social security number, job title and dates of employment with Defendant, all persons who have been employed by Defendant since February 22, 2009, who performed the jobs listed in Interrogatory No. 1 (and/or jobs with substantially similar duties) and who have been classified as exempt and not paid overtime for any hour worked over forty in any work week.

### ANSWER:

Objection. Superior objects to this interrogatory on the grounds that it is overly broad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence. No class has been certified in this case at this time and Plaintiffs' efforts to use this discovery as a method to discover other possible plaintiffs is improper at this stage of the litigation. Further, Superior objects on the grounds that it has no employees.

Respectfully submitted,

BY: */s/ Michael J. Golden*
　　Michael J. Golden
　　State Bar No. 24032234

　　BOULETTE & GOLDEN LLP
　　2801 Via Fortuna, Suite 350
　　Austin, TX 78746
　　512.732.8902
　　512.732.8905 (facsimile)
　　mike@boulettegolden.com

　　Robert A. Kaiser
　　Jovita M. Foster
　　Jeremy M. Brenner
　　ARMSTRONG TEASDALE LLP
　　7700 Forsyth Blvd., Suite 1800
　　St. Louis, Missouri 63105
　　314.621.5070
　　314.621.5065 (facsimile)
　　rkaiser@armstrongteasdale.com
　　jfoster@armstrongteasdale.com
　　jbrenner@armstrongteasdale.com

　　ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing has been served upon all counsel of record via hand delivery on this 1st day of August 2012, as follows:

David G. Langenfeld
Dunham & Jones, P.C.
1800 Guadalupe Street
Austin, Texas 78701
512.777.7777 (Telephone)
512.340.4051 (Facsimile)

/s/ Michael J. Golden
Michael J. Golden
Counsel for Defendants