# EXHIBIT 7

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| KATHY CLARK, AMY ENDSLEY, SUSAN GRIMMETT, MARGUERIETTE SCHMOLL, AND KEVIN ULRICH, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED, | ) ) ) ) ) ) ) |
| Plaintiffs, | ) Civil Action No. 1:12-CV-00174-SS ) |
| vs. | ) JURY DEMANDED ) |
| CENTENE CORPORATION, CENTENE COMPANY OF TEXAS, L.P., AND SUPERIOR HEALTHPLAN, INC., | ) ) ) ) |
| Defendants. | ) ) |

## DEFENDANT'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' FIRST REQUESTS FOR PRODUCTION TO DEFENDANT SUPERIOR HEALTHPLAN, INC.

COMES NOW Defendant Superior Healthplan, Inc (hereafter "Superior"), by and through its counsel, and pursuant to Rule 34 and 26(e)(1)(A) of the Federal Rules of Civil Procedure, submits its Responses and Objections to Plaintiff's First Request for Production as follows:

### REQUEST NO. 17

Employee lists or other documents containing the names and information requested in Interrogatory No. 6 of Plaintiffs' First Set of Interrogatories to Defendant Superior HealthPlan, Inc.

### RESPONSE:

None.

Respectfully submitted,

BY: _____
    Michael J. Golden
    State Bar No. 24032234

    BOULETTE & GOLDEN LLP
    2801 Via Fortuna, Suite 350
    Austin, TX 78746
    512.732.8902
    512.732.8905 (facsimile)
    mike@boulettegolden.com

    Robert A. Kaiser
    Jovita M. Foster
    Jeremy M. Brenner
    ARMSTRONG TEASDALE LLP
    7700 Forsyth Blvd., Suite 1800
    St. Louis, Missouri 63105
    314.621.5070
    314.621.5065 (facsimile)
    rkaiser@armstrongteasdale.com
    jfoster@armstrongteasdale.com
    jbrenner@armstrongteasdale.com

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing has been served upon all counsel of record via hand delivery on this 1st day of August 2012, as follows:

David G. Langenfeld
Dunham & Jones, P.C.
1800 Guadalupe Street
Austin, Texas 78701
512.777.7777 (Telephone)
512.340.4051 (Facsimile)

                                              */s/ Michael J. Golden*
                                              Michael J. Golden
                                              Counsel for Defendants