# EXHIBIT 9

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| KATHY CLARK, AMY ENDSLEY, SUSAN GRIMMETT, MARGUERIETTE SCHMOLL, AND KEVIN ULRICH, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>CENTENE CORPORATION, CENTENE COMPANY OF TEXAS, L.P., AND SUPERIOR HEALTHPLAN, INC.,<br><br>Defendants. | Civil Action No. 1:12-CV-00174-SS<br><br>JURY DEMANDED |

**DEFENDANT'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' FIRST REQUESTS FOR PRODUCTION
TO DEFENDANT CENTENE COMPANY OF TEXAS, L.P.**

COMES NOW Defendant Centene Company of Texas, L.P. (hereafter "Centene Texas"), by and through its counsel, and pursuant to Rule 34 and 26(e)(1)(A) of the Federal Rules of Civil Procedure, submits its Responses and Objections to Plaintiff's First Request for Production as follows:

### REQUEST NO. 17

Employee lists or other documents containing the names and information requested in Interrogatory No. 6 of Plaintiffs' First Set of Interrogatories to Defendant Centene Company of Texas, L.P.

### RESPONSE:

Objection. Centene Texas objects to this request on the grounds that it is overly broad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence. No class has been certified in this case at this time and Plaintiffs' efforts to use this discovery as a method to discover other possible plaintiffs is improper at this stage of the litigation.

Rule. Centene Texas objects to this request to the extent that it seeks documents in addition to the records that will be provided per Rule 26 and the Court's Scheduling Order.

                        Respectfully submitted,

BY: _____
       Michael J. Golden
       State Bar No. 24032234

       BOULETTE & GOLDEN LLP
       2801 Via Fortuna, Suite 350
       Austin, TX 78746
       512.732.8902
       512.732.8905 (facsimile)
       mike@boulettegolden.com

       Robert A. Kaiser
       Jovita M. Foster
       Jeremy M. Brenner
       ARMSTRONG TEASDALE LLP
       7700 Forsyth Blvd., Suite 1800
       St. Louis, Missouri 63105
       314.621.5070
       314.621.5065 (facsimile)
       rkaiser@armstrongteasdale.com
       jfoster@armstrongteasdale.com
       jbrenner@armstrongteasdale.com

       ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing has been served upon all counsel of record via hand delivery on this 1st day of August 2012, as follows:

David G. Langenfeld
Dunham & Jones, P.C.
1800 Guadalupe Street
Austin, Texas 78701
512.777.7777 (Telephone)
512.340.4051 (Facsimile)

                                                                                /s/ Michael J. Golden
                                                                                Michael J. Golden
                                                                                Counsel for Defendants