IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| KATHY CLARK, AMY ENDSLEY, SUSAN GRIMMETT, MARGUERIETTE SCHMOLL, AND KEVIN ULRICH, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiffs, <br><br> vs. <br><br> CENTENE CORPORATION, CENTENE COMPANY OF TEXAS, L.P., AND SUPERIOR HEALTHPLAN, INC., <br><br> Defendants. | Civil Action No. 1:12-CV-00174-SS |

## ORDER ON PLAINTIFFS' MOTION TO COMPEL DISCOVERY, MOTION FOR SANCTIONS, AND MOTION TO EXTEND DISCOVERY DEADLINE AND DEADLINE TO FILE MOTION FOR CLASS CERTIFICATION

Before the Court is Plaintiffs' Motion to Compel Discovery, Motion for Sanctions, and Motion to Extend the Discovery Deadline and Deadline to File a Motion for Class Certification. Upon consideration of Plaintiffs' Motion(s); the response thereto, if any; the materials submitted by both parties, a hearing on the record, if any; and the relevant law, it is this day of _____, 2012 hereby

**ORDERED** that Plaintiffs' Motion to Compel Discovery, Motion for Sanctions, and Motion to Extend Discovery Deadline and Deadline to File a Motion for Class Certification [Dkt. #\_\_\_\_] is **GRANTED**; and it is

**FURTHER ORDERED** that Defendant Centene Corporation shall present the person most knowledgeable at Centene Corporation of the subjects identified in Plaintiffs' Rule 30(b)(6) deposition notice for deposition at _____in Austin, Texas by

1

_____ _____, 2012; and it is

**FURTHER ORDERED** that Defendant Centene Corporation and the attorneys advising its conduct, Armstrong Teasdale, LLP of 7700 Forsyth Blvd, Suite 1800, St. Louis, Missouri 63105 shall pay to Dunham & Jones, P.C. the reasonable attorney fees and expenses related to the out-of-state deposition made the subject of this Motion in the amount of $_____ by no later than _____ _____, 2012; and it is

**FURTHER ORDERED** that Defendant Centene Corporation and the attorneys advising its conduct, Armstrong Teasdale, LLP of 7700 Forsyth Blvd, Suite 1800, St. Louis, Missouri 63105 shall pay to Dunham & Jones, P.C. the reasonable attorney fees and expenses related to bringing this Motion in the amount of $_____ by no later than _____ _____, 2012; and it is

**FURTHER ORDERED** the deadline for the parties to complete all discovery related to Plaintiffs' Anticipated Motion for Certification as a collective action under 29 U.S.C. § 216(b) be extended from October 31, 2012 to _____ _____, 20_____; and it is

**FURTHER ORDERED** the deadline for the Plaintiffs to file their Motion for Certification under 29 U.S.C. § 216(b) be extended from December 1, 2012 to _____ _____, 20_____.

_____
U.S. DISTRICT JUDGE SAM SPARKS