# Exhibit 3

2

```
 1           IN THE UNITED STATES DISTRICT COURT

 2           FOR THE WESTERN DISTRICT OF TEXAS

 3                   AUSTIN DIVISION

 4

 5 KATHY CLARK, AMY ENDSLEY, SUSAN

 6 GRIMMETT, MARGUERIETTE SCHMOLL,

 7 and KEVIN ULRICH, on behalf of

 8 themselves and all others

 9 Similarly situated,

10

11 Plaintiffs,

12

13 vs.                         No. 1:12-CV-00174-SS

14

15 CENTENE CORPORATION, CENTENE

16 COMPANY OF TEXAS, L.P., and

17 SUPERIOR HEALTHPLAN, INC.,

18

19 Defendants.

20               DEPOSITION OF TRICIA DINKELMAN,

21 taken on behalf of the Plaintiffs, at the offices of

22 Armstrong Teasdale L.L.P., 7700 Forsyth Boulevard,

23 Suite 1800, St. Louis, Missouri, on the 24th day of

24 October, 2012, before Gretta G. Cairatti, RPR, CRR,

25 MO-CCR #790, IL-CSR #084-003418, and Notary Public.
```

7

```
1          (Plaintiff's Exhibit No. 4 marked for
2          identification.)
```

3 **QUESTIONS BY MR. LANGENFELD:**

```
4     Q    Would you identify what you have in front of
5 you as Exhibit 4?  What is that?
6     A    This is the organizational chart for Centene
7 Corporation and all of its subsidiaries.
8     Q    And did you actually create this chart?
9     A    Yes, I did.
10     Q    Do you see on that chart, Centene Management
11 Company?
12     A    Yes.
13     Q    The one that is your actual employer?
14     A    Yes.
15     Q    Would you point that out to me?
16     A    Right here.
17     Q    Okay.  In fact, go ahead and circle that, if
18 you would.
19     A    Sure.
20     Q    And so that is your actual employer.
21     A    Yes.
22     Q    Now, that appears to be a subsidiary of
23 Centene Corporation; correct?
24     A    Correct.
25     Q    And it's not a subsidiary of any other
```

8

1 entity within the Centene family?

2    A    Correct.

3    Q    And Centene Management Company has

4 subsidiaries as well; is that right?

5    A    Correct.

6    Q    One of which is CMC Real Estate Company?

7    A    Yes.

8    Q    And Centene Plaza, LLC?

9    A    Yes.

10    Q    Is that the building we're in right now?

11    A    The building that we're in right now is

12 actually owned by Centene Center, LLC.

13    Q    Where is --

14    A    Which is under CMC Real Estate Company, LLC.

15        MR. KAISER:  It's right here, Dave.

16        THE WITNESS:  Centene Plaza, LLC, is

17 actually an inactive entity.

18 QUESTIONS BY MR. LANGENFELD:

19    Q    So the building we're in is owned by Centene

20 Center?

21    A    Yes.

22    Q    And where is Centene Company of Texas?

23    A    It is right here.

24    Q    It's here; correct?

25    A    Yes.

9

1    Q   Would you go ahead and circle it on the

2 exhibit?  Thank you.

3       And so Centene Company of Texas is a

4 subsidiary of CCTX Holdings?

5    A   Yes.

6    Q   And also of Centene Holding, LLC?

7    A   Correct.

8    Q   And both of those appear to go up directly

9 to Centene Corporation; is that right?

10    A   That's correct.

11    Q   So does Centene Company of Texas have any

12 subsidiaries?

13    A   No, it does not.

14    Q   What subsidiaries exist that actually employ

15 utilization review nurses?

16    A   That list was provided; correct?

17    **MR. KAISER:**  It was.

18 **QUESTIONS BY MR. LANGENFELD:**

19    Q   Yeah.  That's interrogatory number 5.

20    **MR. KAISER:**  Yeah, I don't think she

21 knows --

22    **THE WITNESS:**  I don't know that off the top

23 of my head, all of those companies.

24 **QUESTIONS BY MR. LANGENFELD:**

25    Q   Okay.  Let me show you -- let me ask you

10

1 just to take a look at the response to interrogatory

2 number 5.

3       MR. KAISER:   This would be the

4 interrogatories that are signed by Centene

5 Corporation.

6       THE WITNESS:   Okay.

7 QUESTIONS BY MR. LANGENFELD:

8    Q   You've had a chance to look at Centene

9 Corporation's answer to interrogatory number 5?

10   A   Yes.

11   Q   And as you read through that, are there any

12 other subsidiaries that employ utilization review

13 nurses that come to mind?

14   A   Not that I'm aware of, no.

15   Q   Would you do me a favor on that exhibit and

16 go ahead and circle all of the entities or

17 subsidiaries that are identified in number 5?

18   A   Sure.

19   Q   Thank you.  So it would appear that -- so

20 Centene Management Company employs utilization

21 review nurses; correct?

22   A   Correct.

23   Q   But none of its subsidiaries do?

24   A   Correct.

25   Q   Bankers Reserve employs utilization review

11

1 nurses, and it is a subsidiary of Centene

2 Corporation and no other entity; is that right?

3    A    Correct.

4    Q    Bridgeway Health Solutions of Arizona

5 employs utilization review nurses and it's a

6 subsidiary of Bridgeway Health Solutions, CenCorp

7 Health Solutions and Centene Corporation?

8    A    Correct.

9    Q    What's the other one that I'm moving

10 towards?

11    A    It's Nurtur Health, Inc.

12    Q    Okay.  And so Nurtur Health, Inc., is a

13 subsidiary of CenCorp Health Solutions and Centene

14 Corporation?

15    A    Correct.

16    Q    Is it a subsidiary of the entity right above

17 it, Cenpatico of Florida?

18    A    No.

19    Q    NovaSys Health, Inc. --

20    A    Yes.

21    Q    -- employs utilization review nurses, and it

22 appears to be a subsidiary of Celtic Group, Inc.?

23    A    Correct.

24    Q    And Centene Corporation?

25    A    Correct.

ee01435a-f3c9-4d2f-b6e5-5394b99b104e

12

1    Q    And no other entity.

2    A    Correct.

3    Q    And then Centene Company of Texas is a
4 subsidiary of CCTX Holding, LLC?

5    A    Correct.

6    Q    And Centene Holding, LLC?

7    A    Correct.

8    Q    And also a subsidiary of Centene
9 Corporation?

10   A    Correct.

11   Q    Do you know whether Centene Management
12 Company provides management services to any of
13 these -- when I say these, I'm talking about the
14 ones we just referred to -- does Centene Management
15 Company provide management services to any of these
16 other subsidiaries other than Centene Company of
17 Texas?

18   A    Bankers Reserve Life Insurance Company of
19 Wisconsin.

20   Q    Any others?

21   A    No.

22   Q    But obviously it does to Texas, and so that
23 leaves three.  Nurtur Health, Inc., that does not
24 receive management services from Centene Management
25 Company?

13

1    A    Correct.

2    Q    Bridgeway Health Solutions of Arizona does

3 not receive management services from Centene

4 Management Company?

5    A    Correct.

6    Q    And nor does NovaSys Health, Inc., of

7 Delaware; is that right?

8    A    Correct.

9    Q    Who provides their management services?

10    A    They have their own employees.

11    Q    They do that inhouse.  So the employees you

12 just referenced, are those the employees that

13 provide the management services for those

14 subsidiaries?  In other words, I asked you who

15 provides their management services and you told me

16 they have their own employees.

17    A    Correct.

18    Q    Their own employees then provide those

19 management services, is that what you meant?

20    A    Yes.

21    Q    Okay.

22        MR. KAISER:  Just a point that might be

23 helpful, because Miss Dinkelman is wearing two hats.

24 She's wearing both the -- providing answers both on

25 behalf of Centene Corporation and on behalf of

ee01435a-f3c9-4d2f-b6e5-5394b99b104e