# Exhibit 5

1            IN THE UNITED STATES DISTRICT COURT

2            FOR THE WESTERN DISTRICT OF TEXAS

3                    AUSTIN DIVISION

4

5 KATHY CLARK, AMY ENDSLEY, SUSAN

6 GRIMMETT, MARGUERIETTE SCHMOLL,

7 and KEVIN ULRICH, on behalf of

8 themselves and all others

9 Similarly situated,

10

11 Plaintiffs,

12

13 vs.                          No. 1:12-CV-00174-SS

14

15 CENTENE CORPORATION, CENTENE

16 COMPANY OF TEXAS, L.P., and

17 SUPERIOR HEALTHPLAN, INC.,

18

19 Defendants.

20            DEPOSITION OF TRICIA DINKELMAN,

21 taken on behalf of the Plaintiffs, at the offices of

22 Armstrong Teasdale L.L.P., 7700 Forsyth Boulevard,

23 Suite 1800, St. Louis, Missouri, on the 24th day of

24 October, 2012, before Gretta G. Cairatti, RPR, CRR,

25 MO-CCR #790, IL-CSR #084-003418, and Notary Public.

22

1 Plaintiff's Exhibit 2 of Miss Hall's deposition.

2    A    Okay.

3    Q    Take a look through those documents.  Have

4 you had a chance to look at those?

5    A    Yes.

6    Q    Those documents, are they disseminated to

7 the -- all of the subsidiaries that are circled on

8 the organizational chart?

9    A    Centene Corporation would not know which

10 subsidiaries use those documents.

11    Q    Why not?

12    A    Because Centene Corporation doesn't have any

13 employees and that level of information isn't known

14 by the Board of Directors.

15    Q    You're here as the corporate representative

16 of Centene Corporation.  Have you made any effort to

17 find out the answers to the areas that you knew you

18 were going to be asked about today?

19    A    Yes.

20    Q    Okay.  Did you make inquiry to any of the

21 subsidiaries about documents they receive and so

22 forth?

23    A    I did not call individuals at the

24 subsidiaries, no.

25    Q    Why not?  You knew I was going to ask you