# Exhibit 6

1 Centene didn't employ people, and Centene didn't
2 control the labor relations and employment relations
3 of its subsidiaries, that those decisions were made
4 at -- elsewhere.
5        Now, what Miss Dinkelman is going to testify
6 to, that's the answer you want, is the level of
7 knowledge that Centene Corporation would have about
8 these questions.
9        **MR. LANGENFELD:** And I think she's going to
10 sit there and tell me they don't have any employees
11 so they don't have any information. Is that where
12 we're headed?
13        **MR. KAISER:** Well, yes. Yes, and she is
14 going to say they don't have any employees so that
15 there's no information available when it refers to
16 employees of Centene Corporation. But she's also
17 going to testify that that level -- the areas of
18 inquiry, we can go through them, are not rolled up
19 to Centene Corporation as -- so the subsidiaries
20 don't report that information to Centene Corporation
21 either.
22        **MR. LANGENFELD:** The areas of inquiry has
23 asked for the people employed by Centene Corporation
24 and any and all of its subsidiaries. So I'm asking
25 specifically about employees of the subsidiaries.