# Exhibit 14

TalentManager by Kenexa

Page 1 of 3



# Performance Review - 2011 Performance Appraisal Q1

## Summary

| | |
|---|---|
| Last Name | Grimmett |
| First Name | Susan |
| Company job title | Case Manager (Prior Auth) |
| Performance reviewer | Baig, Esmeralda Cazares |
| Organizational unit | Superior Health Plan 1008510085 |
| Review Due Date | |

## Rating Scale

### Rating Scale Description

1. **Unsatisfactory:** Displays more than a few major deficits; improvement is needed to meet expectations.

2. **Needs Improvement:** Displays one or a few major performance deficits; improvement is needed to meet expectations.

3. **Achieves Standard:** Performs according to defined expectations; meets all requirements and accomplishes tasks.

4. **Exceeds Standard:** Demonstrates strong abilities; frequently exceeds defined performance standards. Occasionally demonstrates superior performance.

5. **Role Model:** Consistently demonstrates superior performance in excess of defined job requirements; regularly goes far beyond what is expected for the position.

## Instructions

- Rate each competency using the 1-5 rating scale
- Make comments to support your rating
- Write your 1-3 Strengths and Areas for Development (not rated)
- The Summary Section will display the manager's scores once completed

After completing the Performance Appraisal, please update your Profile and Personalized Development Plan (PDP), if applicable.

## Competency Rating

| | Manager | Employee |
|---|---|---|
| Critical Thinking/Execution : | | Rating: 3. Achieves Standard |

**Description:** Obtaining information and identifying key issues and relationships; taking prompt action to accomplishing tasks/objectives; concern for all aspects of the job; accurately checking process and tasks; being watchful over time and resources to ensure work is completed efficiently and achieves goals beyond what is required; being proactive in support of Centene's vision and mission.

**Behaviors:** Ensures high quality output, Establishes Implementation plan, Evaluates/selects strategies, Executes plan, Follows procedures, Gathers information, Organizes information, Takes action. Competency – renamed, was quality orientation

| | | |
|---|---|---|
| Adaptability/Flexibility : | | Rating: 3. Achieves Standard |

**Description:** Maintaining effectiveness when experiencing major changes in work tasks or the work environment; adjusting effectively to work within new work structures, processes, requirements, or cultures.

**Behaviors:** Adapts past experiences to present situation, Adjusts behaviors and behaviors of others, Approaches changes/newness positively, Evaluates and analyzes multiple situations, Implements tailored actions, Tries to understand changes.

Communication/Relationship Development :   Rating: 3. Achieves Standard

**Description:** Developing and using collaborative relationships; Clearly and openly conveying information and ideas through a variety of media that actively engages the audience and helps them understand and retain the message as an active, participating member of a team to move the team toward the completion of goals that effectively meet customers needs; builds customer (internal and external) relationships and ensures customer satisfaction and loyalty.

**Behaviors:** Adjusts to the audience, Clarifies the current situation, Confirms satisfaction, Develops and comprehends own and others ideas, Ensures understanding facilitates goal accomplishment, Informs others on the team, Involves others, Models commitment, Organizes communication (verbal and in writing), Seeks opportunities, Takes the 'heat'. *Competency -- Combines Building Strategic Working Relationships, Building Customer Loyalty, Contributing to Team Success and Communication*

Technical and Professional Knowledge :   Rating: 3. Achieves Standard

**Description:** Having acquired and achieved a satisfactory level of Technical and Professional skill or knowledge in position related areas; keeping up with current developments and trends in areas of expertise.

**Behaviors:** Knows how to apply a technical skill or procedure, Knows when to apply a technical skill or procedure, Performs complex tasks in area of expertise, Understands technical terminology and developments.

## Greatest 1-3 Strengths

### Strengths

**Employee Description:**
1. Attempts to educate and explain policy and procedure to providers who are seeking further understanding of them.

2. Team work skills, people skills. I try to explain my answers to questions in a respectful, knowlegable manner in an attempt to promote teamwork within the Medical Managment Area.

3. I try to be flexible and reasonable in my requests of others.

## 1-3 Areas of Development

### Areas of Development

**Employee Description:**
1. Raise productivity level.

2. Increase accuracy of work I put out.

3. Increase knowledge of policy and procedure as well as computer skills.



# Co-review - 2011 Performance Appraisal Q1

## Summary

| | |
|---|---|
| First name: | Susan |
| Last name: | Grimmett |
| Company job title: | Case Manager (Prior Auth) |
| Performance reviewer: | Desalvo, Robin Lorie |
| Organizational unit: | Superior Health Plan 1008510085 |
| **Review Period:** | |
| Review Due Date: | |

## Rating Scale

Rating Scale Description

Manager Description:

**1. Unsatisfactory:** Displays more than a few major deficits; improvement is needed to meet expectations.

**2. Needs Improvement:** Displays one or a few major performance deficits; improvement is needed to meet expectations.

**3. Achieves Standard:** Performs according to defined expectations; meets all requirements and accomplishes tasks.

**4. Exceeds Standard:** Demonstrates strong abilities; frequently exceeds defined performance standards. Occasionally demonstrates superior performance.

**5. Role Model:** Consistently demonstrates superior performance in excess of defined job requirements; regularly goes far beyond what is expected for the position.

## Instructions

- Rate each competency using the 1-5 rating scale
- Make comments to support your rating
- Write your 1-3 Strengths and Areas for Development (not rated)
- The Summary Section will display the manager's scores once completed

After completing the Performance Appraisal, please update your Profile and Personalized Development Plan (PDP), if applicable.



**Competency Rating**

Critical Thinking/Execution :        Co-Reviewers Rating: 2. Needs Improvement

**Manager Description:**

Description: Obtaining information and identifying key issues and relationships; taking prompt action to accomplishing tasks/objectives; concern for all aspects of the job; accurately checking process and tasks; being watchful over time and resources to ensure work is completed efficiently and achieves goals beyond what is required; being proactive in support of Centene's vision and mission.

Behaviors: Ensures high quality output, Establishes implementation plan, Evaluates/selects strategies, Executes plan, Follows procedures, Gathers information, Organizes information, Takes action. *Competency – renamed, was quality orientation*

**Co-Reviewer Comments**
Susan's knowledge of state and federal regulations, and correct application of InterQual, Policy, and TMHP, is critical to ensure acceptable audit scores. She has dropped her quality audit scores from 100% to 79%. Susan productivity has increased every month for the past 6 months from 17% to 73%. (What are the scores for Dec and Jan?) Susan needs to adjust priorities to continue to increase productivity. Susan needs to aim at toward working independently.

Adaptability/Flexibility :        Co-Reviewers Rating: 2. Needs Improvement

**Manager Description:**

Description: Maintaining effectiveness when experiencing major changes in work tasks or the work environment; adjusting effectively to work within new work structures, processes, requirements, or cultures.

Behaviors: Adapts past experiences to present situation, Adjusts behaviors and behaviors of others, Approaches changes/newness positively, Evaluates and analyzes multiple situations, Implements tailored actions, Tries to understand changes.

**Co-Reviewer Comments**
Although Susan has been resistant in the past to change, there have been numerous process changes in our department in the six months, and Susan has modified her behavior to deal effectively with changes in the work environment. She needs to work on accepting the daily challenges she encounters positively.

Communication/Relationship Development :        Co-Reviewers Rating: 2. Needs Improvement

**Manager Description:**

Description: Developing and using collaborative relationships; Clearly and openly conveying information and ideas through a variety of media that actively engages the audience and helps them understand and retain the message as an active, participating member of a team to move the team toward the completion of goals that effectively meet customers needs; builds customer (internal and external) relationships and ensures customer satisfaction and loyalty.

Behaviors: Adjusts to the audience, Clarifies the current situation, Confirms satisfaction, Develops and comprehends own and others ideas, Ensures understanding facilitates goal accomplishment, Informs others on the team, Involves others, Models commitment, Organizes communication (verbal and in writing), Seeks opportunities, Takes the 'heat'. *Competency -- Combines Building Strategic Working Relationships, Building Customer Loyalty, Contributing to Team Success and Communication*

**Co-Reviewer Comments**
Susan has built rapport with customers, her peers, and other members of the SHP team to ensure effective

working relationships. She seeks input from team members and her supervisor to ensure appropriate solutions to any issues that may arise. Susan needs to communicate professionally with all Providers at all times. There have been several instances where Susan became agitated with Provider and was unable to maintain professionalism.

**Technical and Professional Knowledge :**      Co-Reviewers Rating:

**Manager Description:**

**Description:** Having acquired and achieved a satisfactory level of Technical and Professional skill or knowledge in position related areas; keeping up with current developments and trends in areas of expertise.

**Behaviors:** Knows how to apply a technical skill or procedure, Knows when to apply a technical skill or procedure, Performs complex tasks in area of expertise, Understands technical terminology and developments.

**Co-Reviewer Comments**
Susan's knowledge of the prior authorization process has improved, but she may need further training to be able to work more independently. She needs to manage her workload on a day to day basis better. Susan needs to increase her knowledge of PA work processes.

### Greatest 1-3 Strengths

Strengths

**Employee Description**

1.Attempts to educate and explain policy and procedure to providers who are seeking further understanding of them.

2.Team work skills, people skills. I try to explain my answers to questions in a respectful ,knowlegable manner in an attempt to promote teamwork within the Medical Managment Area.

3.I try to be flexible and reasonable in my requests of others.

**Co-Reviewer Comments**
Susan will stay on the phone with a provider to long periods of time to answer all of the provider's questions.

### 1-3 Areas of Development

Areas of Development

**Employee Description**

1.Raise productivity level.

2. Increase accuracy of work I put out.

3. Increase knowledge of policy and procedure as well as computer skills .

**Co-Reviewer Comments**

Time and Attendance

Susan often asks same questions time again

Susan would benfit from additional training

Powered by
Copyright © 2011 Kenexa, Inc. All rights reserved.