# Exhibit 17



SG0033

# Welcome



Susan:

At Centene, we believe that every employee is a leader. As leaders, we understand the dedication and commitment you give each and every day to provide the best care and service to our members. Therefore, we believe that in order to retain the best and brightest leaders in our industry, we must provide competitive salaries and a comprehensive benefits program.

Enclosed is your 2010 Total Compensation Statement. During these challenging economic times, Centene is pleased we can continue to offer a robust benefits package. This statement is provided to help you gain a better understanding of your benefits package and its value as part of your total compensation.

Please read this information carefully and share it with your family so that each family member will be aware of the total benefits offered.  If there is a specific benefit that you would like more information on, please contact your local HR department or visit CNET.

Thank you for your dedication and leadership.

Sincerely,

Michael F. Neidorff
Chairman, President & CEO

**Your Online Access:**
Website: www.totalcompbuilder.com/ent/centene
Company Number: 2011
Username: sgrimme101359
Password: yEDn1PGc

SG0034

# 2010 Cash Compensation and Benefits Summary

Your total compensation from Centene is more than your annual earnings. It also includes your insurance, retirement benefits and other benefits. The following information is detailed specifically for you.

| 2010 CASH COMPENSATION | Amount |
|---|---|
| 2010 Annual Salary* | $... |
| 2009 Annual Bonus (paid in 2010) | $... |
| Total: | $... |

*Your 2010 salary is your annualized salary as of December 2010.

| 2010 BENEFITS | Coverage | Full Cost | Your Cost |
|---|---|---|---|
| Health Insurance | Employee Only | | |
| Dental Insurance | Employee Only | | |
| Life Insurance | $50,000 | | |
| Short-Term Disability | 60% of Base Weekly Pay | $... | |
| Long-Term Disability Insurance | 60% of Base Monthly Pay | $ | $... |
| 401(k) Contribution | EE Trad:2% / ER: 1% | $... | |
| Social Security (FICA) | 6.2% on taxable wages up to $106,800 | $... | |
| Medicare | 1.45% on all taxable wages | $... | ... |
| Federal Unemployment Insurance | 0.8% on 1st $7,000 of Wages | | |
| State Unemployment Insurance | Avg: 2.7% on 1st $11,000 of Wages | | $... |
| Workers' Compensation | Avg Cost: 0.5% of Annual Salary | | ... |
| Total: | | | |

Benefit elections are as of 12/31/2010. The Full Cost and Your Cost columns are the annualized cost based on your elections on 12/31/2010. Your 2010 benefit election may have changed.

SG0035

# Total Compensation Value



Cash Compensation $

Benefits* $

*Benefits cost is the company paid portion of the benefits (Full Cost minus Your Cost).

| THE TOTAL VALUE OF YOUR COMPENSATION & BENEFITS: | $c |
|---|---|

STANDARD PAID TIME OFF

Full-time employees working at least 32 hours per week are eligible for the following vacation, personal and sick time benefits:

| Service | Vacation Time* |
|---|---|
| 0-2 Years | 80 hours (10 days) |
| 3-4 Years | 120 hours (15 days) |
| 5-7 Years | 120 hours (15 days) + payout of 20 hours base pay (only applicable for Sr. Directors and below) |
| 8+ Years | 160 hours (20 days) - may receive up to 40 hours (5 days) of pay in lieu of time off; (V.P. level and below only, excluding Corporate Officers) |

Personal Time: 24 hours (3 days)*

Sick Time:    · 32 hours (4 days) - unused sick time may be carried over from year to year up to a maximum of 120 hours*

Holiday Pay:   Centene provides 12 paid holidays

*Arizona 10-month school employees are not eligible for personal time, but are eligible for 32 hours of vacation and 24 hours of sick time.
**Nursewise and Nurse Response call center employees are covered under a separate PTO policy.

Susan Schwartz
Powered by TotalComp Enterprise™

PERSONAL AND VERY CONFIDENTIAL
Created: MODEL-2010

# 2010 Financial

### 401(k) Retirement Plan

The 401(k) retirement plan is administered by Fidelity Investments. Employees can elect to contribute 1% to 80% of their gross pay on a bi-weekly basis (not to exceed the 2010 IRS annual limitations of $16,500 for elective deferral and an additional $5,500 for catch-up contributions for those age 50 or over). Centene will match 50% on the first 6% of the employee contributions. Fidelity can be contacted either by calling 1-800-835-5107 or logging into the website at www.401k.com.

| | |
|---|---|
| Beginning Balance (As of 1/1/10) | $ |
| Your Traditional 401(k) Contributions (1/1/10 - 12/31/10) | |
| Employer Contributions (1/1/10 - 12/31/10) | |
| Loan | |
| Loan Repayment | |
| Loan Fees / Investment Fees | |
| Change in Market Value | |
| **Ending Balance (12/31/10)** | $ |
| Vested Amount | $ |
| Loan Balance | $ |

Vesting Schedule

| | |
|---|---|
| Less Than 1 Year | 0% |
| 1 Year of Service | 10% |
| 2 Years of Service | 30% |
| 3 Years of Service | 60% |
| 4 Years of Service | 80% |
| 5 or More Years of Service | 100% |

### Employee Stock Purchase Plan

Employees can elect to participate in the employee stock purchase plan. This allows employees to contribute 1% to 10% of their annual salary (up to $2,500 per quarter) into the program to purchase Centene shares of stock at 95% of the closing price on the last business day of each quarter. Certain blackout periods apply to this program. If you participate in this program, you can access your account information online at www.solium.com.

SG0037

# 2011 Welfare Benefits and Flexible Spending Account

Health Insurance – BlueCross BlueShield of Illinois PPO
   Member Services: 866-292-4107
   Website: www.bcbsil.com

|  | In-Network | Out-of-Network |
|---|---|---|
| Annual deductible | $0 most services | $750 ind. / $1,500 fam. |
| Annual out-of-pocket max. | $1,000 ind. / $3,000 fam. | $3,000 ind. / $9,000 fam. |
| Co-pay: | | |
|   Primary/OB-GYN/Peds. | $20 ($0 for prev.) | 80% after ded. ($0 for prev.) |
|   Specialists | $40 | 80% after ded. |
|   Emergency Room | $200 (waived if admit.) | $200 (waived if admit.) |
| Outpatient | 100% | 70% after ded. |
| In-patient hospital | Sep. $200/ind. ded., then 100% | 70% after ded. |
| Prescription drug | $8 / $30 / $50 | Not covered |
| Mail order pharmacy | 2 x retail co-pay | Not covered |

Health Insurance – BlueCross BlueShield of Illinois HDHP
   Member Services: 866-292-4107
   Website: www.bcbsil.com

|  | In-Network | Out-of-Network |
|---|---|---|
| Annual deductible | $1,500 ind. / $3,000 fam. | $3,000 ind. / $6,000 fam. |
| Annual out-of-pocket max. | $5,950 ind. / $11,900 fam. | $10,000 ind. / $24,000 fam. |
| Centene Seed Money | $1,000 ind. / $2,000 fam. | $1,000 ind. / $2,000 fam. |
| Co-pay: | | |
|   Primary/OB-GYN/Peds. | 90% after ded. | 70% after ded. |
|   Specialists | 90% after ded. | 70% after ded. |
|   Emergency Room | 90% after ded. | 70% after ded. |
| Outpatient | 100% | 70% after ded. |
| In-patient hospital | 90% after ded. | 70% after ded. |
| Prescription drug | 90% after ded. | Not covered |
| Mail order pharmacy | 90% after ded. | Not covered |

Dental Insurance – Delta Dental of Missouri PPO
   Member Services: 800-335-8266
   Website: www.deltadentalmo.com

|  | In-Network | Out-of-Network |
|---|---|---|
| Deductible | $50 ind. / $150 fam. | $50 ind. / $150 fam. |
| Annual out-of-pocket max. | | |
| Class I, II, III (Annual) | $1,500 / ind. | $1,500 / ind. |
| Class IV (Lifetime) | $1,500 / ind. | $1,500 / ind. |
| Class I coverage | 100% | 100% |
| Class II coverage | 90% after ded. | 80% after ded. |
| Class III coverage | 60% after ded. | 50% after ded. |
| Class IV orthodontia coverage (child only) | 50% after separate $50 ded. | 50% after separate $50 ded. |

SG0038

# 2011 Welfare Benefits and Flexible Spending Account

Vision Insurance – Opticare
    Member Services: 877-615-7732
    Website: www.myvisionplan.com/groups/centene

|  | In-Network | Out-of-Network |
|---|---|---|
| Every 12 months |  |  |
| Exam | $10 co-pay | $38.50 allowance |
| Single lenses | $25 co-pay | $37.50 allowance |
| Select contact lenses | $150 allowance | $105 allowance |
| Every 24 months |  |  |
| Select frames | $130 allowance | $91 allowance |

Flexible Spending Accounts - Beneflex

Member Services: 800-631-3539
Beneflex Website: www.beneflexhr.com
Benny Card Website: www.mybenny.com
• Healthcare Account - $5,000 annual maximum contribution
• Dependent Care Account - $5,000 annual max. contribution ($2,500 if married and filing separately)
• Mass Transportation Account - $230 / month maximum contribution

SG0039

# 2011 Income Protection

The following is a summary of benefit highlights for regular, full-time employees. For complete information about the benefits listed here, please visit CNET, or contact your local Human Resources representative.

Company Paid Employee Life Insurance – The Hartford

• 1 times annual salary rounded to the next higher thousand, to a maximum of $500,000

Company Paid Dependent Life Insurance – The Hartford

• $2,000 per dependent child
• $5,000 spouse

Company Paid Business Travel Accident Insurance – The Hartford

• Provided for company-authorized overnight business trips
• Minimum benefit $50,000, maximum $500,000
• Benefit amount based on employee's position and salary

Supplemental Employee Life Insurance – The Hartford

• 1, 2, 3, 4, or 5 times annual salary rounded to the next higher thousand, to a maximum of $750,000
• Increments in excess of the guarantee issue of $300,000 are subject to underwriting approval

Supplemental Dependent Life Insurance - The Hartford

• Spouse: $5,000 increments to a maximum of $375,000, not to exceed 50% of supplemental employee life amount, guarantee issue $50,000
• Dependent: $2,000 increments to a maximum of $10,000, not to exceed 50% of supplemental employee life amount

Supplemental Accidental Death & Dismemberment (AD&D) Insurance - The Hartford

• 1 times annual salary rounded to the next higher thousand to a maximum of $500,000

Short-term Disability Insurance - The Hartford

• Elimination period: 0 calendar days for accident / 7 calendar days for illness/pregnancy
• Benefit: 60% salary replacement to a maximum of $2,500 per week
• Maximum duration: 180 calendar days

Long-term Disability Insurance - The Hartford

Elimination period: 180 calendar days
• Benefit: 60% salary replacement for 24 months to a maximum of $11,000 per month

SG0040

# 2011 Work/Life

The following is a summary of benefit highlights. For complete information about the benefits listed here, please visit CNET or contact your local Human Resources representative.

*Wellness Plan - Healthy Pathways*

Member Services: 866-245-0447
Website: www.centenehealthypathways.com

Our Mission: We will encourage and support wellness by providing the necessary education, tools, and resources to promote a balanced, healthy lifestyle.

Voluntary, confidential, and FREE for ALL employees:
• Speak with a lifestyle coach
• Participate in a lifestyle or disease management program
• FREE tobacco cessation products & programs
• Track your progress on your own confidential webpage
• Receive incentives for participation

*Tuition Reimbursement*

• 1 year of regular full-time employment required
• Must be approved by the employee's manager and Centene's Tuition Reimbursement Service Center
• Must be mutually beneficial to Centene and the employee
• The educational institution must be accredited
• Graduate degree - $8,000/calendar year
• Undergraduate degree - $5,000/calendar year
• Special interest/misc. - $2,500/calendar year

*Employee Assistance Program (EAP) - CIGNA*

Member Services: 888-371-1125
Website: www.cignabehavioral.com
Employee ID: centene

The EAP is available for ALL employees and their families at no cost. This program helps employees balance work and life issues by providing resources for your particular needs. The services are free, confidential and accessible 24 hours per day, 365 days per year.

SG0041

# Other Benefits

### Additional Benefits

The following is a list of additional benefits for which you may be eligible. For complete information about the benefits listed here, please visit CNET or contact your local Human Resources representative.

- Identity Theft Protection through Griffin Protection Group: www.griffinprotectiongroup.com
- Referral Bonus (Certain restrictions may apply)
    - $4,000 for open Manager positions & Above
    - $3,000 for open Case Manager, NurseWise RN, & Exempt IS Professional positions
    - $1,500 for open Supervisor & Exempt Professionals
    - $500 for open Non-Exempt Positions
- Other on-site services

### Facts About This Report

All compensation and benefit information illustrated in your personalized compensation and benefits statement is based on your salary and coverage as of December 31, 2010. Reasonable measures were taken to make this statement as accurate as possible, and some assumptions were made. Your benefits and the amounts available are subject to your actual facts and circumstances and are governed by official plan documents. If questions arise, the legal documents will govern any decisions..This statement is a compensation and benefit summary intended to be educational and provide helpful information. It is not a legal document nor is it a guarantee of future benefits or employment.

SG0042

Centene Corporation
7700 Forsyth Blvd
St. Louis MO 63105

Susan Grimmett
4614 Acers Lane
Austin TX 78725
PERSONAL AND VERY CONFIDENTIAL

SG0043