# Exhibit 21

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KATHY CLARK, AMY ENDSLEY, SUSAN GRIMMETT, MARGUERIETTE SCHMOLL, AND KEVIN ULRICH, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 1:12-CV-00174-SS |
| vs. | ) ) ) | |
| CENTENE CORPORATION, CENTENE COMPANY OF TEXAS, L.P., AND SUPERIOR HEALTHPLAN, INC., | ) ) ) ) | |
| Defendants. | ) | |

## DEFENDANT'S SECOND SUPPLEMENTAL OBJECTIONS AND ANSWERS TO PLAINTIFFS' FIRST SET OF INTERROGATORIES TO DEFENDANT CENTENE CORPOPRATION

COMES NOW Defendant Centene Corporation (hereafter "Centene" or "Defendant") by and through its counsel, and pursuant to Rule 33 and 26(e)(1)(A) of the Federal Rules of Civil Procedure, submits its Second Supplemental Answers and Objections to Plaintiff's First Set of Interrogatories as follows:

## INTERROGATORIES

### INTERROGATORY NO. 1

Describe the job duties and identify what you consider to be the primary duty (i.e., the principal, main, major or most important duty) for these jobs:

    a).    Case Manager/Pre-Certification;

    b).    Case Manager/Prior Authorization;

    c).    Case Manager I;

    d).    Utilization Review Nurse; and

education for individuals who perform such jobs, because it does not employ anyone in those positions.

## INTERROGATORY NO. 5

Identify by name and address all facilities, subsidiary locations, and Centene Corporation locations where employees are, or were, located who have performed the jobs listed in Interrogatory No. 1 (and/or jobs with substantially similar duties) and who have been classified as exempt and not paid overtime for any hour worked over forty in any work week since February 22, 2009.

### ANSWER:

Objection. Centene objects on the grounds that the foregoing interrogatory assumes that Centene employs individuals in the positions listed in Interrogatory No. 1. Subject to and without waiving this objection, Centene states that it has no such positions in its organization and it does not employ any individual who performs the jobs listed in Interrogatory No. 1.

### SUPPLEMENTAL ANSWER:

Subject to and without waiving the above objection, Centene states that the subsidiary locations where employees of its subsidiaries who performed the jobs listed in Interrogatory No. 1 are, or were, are as follows:

| Subsidiary | Location(s) |
| --- | --- |
| Centene Management Company, LLC | One Cascade Plaza<br>National City Center, 13th Floor<br>Akron, Ohio 44308 |
| Centene Management Company, LLC | 2810 Meredyth Drive, Suite B<br>Albany, GA 31707 |
| Centene Management Company, LLC | 4665 Cornell Road<br>Fountain Pointe, Suite 300<br>Blue Ash, OH 45241 |
| Centene Management Company, LLC | 1380 Soldiers Field Road<br>Suite 300<br>Brighton, MA 02135 |
| Centene Management Company, LLC | 8585 Archives Ave, Suite 302<br>Baton Rouge, LA 70809 |
| Centene Management Company, LLC | 871 Lowcountry Blvd, Ste 100<br>Mt. Pleasant, SC 29464 |

| | |
|---|---|
| Centene Management Company, LLC | Roosevelt Building<br>16090 Swingley Ridge Road, Suite 500<br>Chesterfield, MO 63017 |
| Centene Management Company, LLC | US Bank Bldg.<br>175 Third Street, Ste 1200<br>Columbus, OH 43215 |
| Centene Management Company, LLC | 1441 Main Street<br>Ste. 900, 9th Floor<br>Columbia, SC 29201 |
| Centene Management Company, LLC | 3500 East Coliseum Blvd, Suite 110<br>Ft. Wayne, IN 46805 |
| Centene Management Company, LLC | 3 Summit Park Drive, Suite 700<br>Independence, OH 44131-2599 |
| Centene Management Company, LLC | 1099 North Meridian Street, Suite 400<br>Indianapolis, IN 46204-1041 |
| Centene Management Company, LLC | 8301 Cypress Plaza, Suite 124<br>Jacksonville, FL 32256 |
| Centene Management Company, LLC | 111 East Capitol Street, Suite 500<br>Jackson, MS 39201 |
| Centene Management Company, LLC | 201 East Main Street, Suite 501<br>Lexington, KY 40507 |
| Centene Management Company, LLC | 577 Mulberry Street<br>5th Floor, Suite 580<br>Macon, GA 31202-0310 |
| Centene Management Company, LLC | 10700 West Research Drive, Suite 300<br>Milwaukee, WI 53226 |
| Centene Management Company, LLC | 3200 Highlands Parkway, Suite 300<br>Smyrna, Georgia 30082 |
| Centene Management Company, LLC | 1301 International Parkway, Suite 400<br>Sunrise, FL 33323 |
| Centene Management Company, LLC | Tacoma Financial Center<br>1145 Broadway<br>Tacoma, WA 98402 |

| | |
|---|---|
| Centene Management Company, LLC | 3505 E. Frontage Rd., Suite 300<br>Tampa, FL 33607 |
| Centene Management Company, LLC | Charter One Bank Building<br>3130 Executive Parkway<br>5th Floor<br>Toledo, OH 43606 |
| Centene Management Company, LLC | 999 Oakmont Plaza Drive, Suite 510<br>Westmont, IL 60559 |
| Centene Management Company, LLC | 119 S. Main Street<br>Yazoo City, MS 39194 |
| Centene Management Company, LLC | 499 Thornall, Ste. 400<br>Edison, NJ 08818 |
| Centene Management Company, LLC | 245 Edison Road, Suite 110<br>Mishawaka, IN 46545 |
| Centene Company of Texas, LP | The Regency Bldg, Ste. 202<br>2100 South Interstate-35<br>Austin, TX 78704 |
| Centene Company of Texas, LP | 5350 S. Staple, Suite 225<br>Corpus Christi, TX 78411 |
| Centene Company of Texas, LP | 4099 McEwen Rd, Suite 500<br>Dallas, TX 75244 |
| Centene Company of Texas, LP | 6070 Gateway Blvd. E, Suite 400<br>El Paso, TX 79905 |
| Centene Company of Texas, LP | 1455 West Loop South<br>3rd Floor, Suite 300<br>Houston, TX 77027 |
| Centene Company of Texas, LP | 7202 Slide Road, Ste 202<br>Lubbock, TX 79424 |
| Centene Company of Texas, LP | 3900 North 10th Street, 6th Floor<br>McAllen, TX 78501 |
| Centene Company of Texas, LP | MedCentre Plaza, Suite 340<br>8431 Fredericksburg Road<br>San Antonio, TX 78229 |
| Banker's Reserve Life Ins. Co. of | The Regency Bldg, Ste. 202 |

| | |
|---|---|
| Wisconsin | 2100 South Interstate-35<br>Austin, TX 78704 |
| Banker's Reserve Life Ins. Co. of Wisconsin | 5350 S. Staple, Suite 225<br>Corpus Christi, TX 78411 |
| Banker's Reserve Life Ins. Co. of Wisconsin | 4099 McEwen Rd, Suite 500<br>Dallas, TX 75244 |
| Banker's Reserve Life Ins. Co. of Wisconsin | 1455 West Loop South<br>3rd Floor, Suite 300<br>Houston, TX 77027 |
| Banker's Reserve Life Ins. Co. of Wisconsin | MedCentre Plaza, Suite 340<br>8431 Fredericksburg Road<br>San Antonio, TX 78229 |
| Bridgeway Health Solutions of Arizona, LLC | 1501 West Fountainhead Corporate Park, Suite #295<br>Tempe, AZ 85282 |
| Bridgeway Health Solutions of Arizona, LLC | 1415 Melody Lane<br>Bisbee, AZ 85603 |
| Bridgeway Health Solutions of Arizona, LLC | 3950 S. Country Club Rd.<br>Suite 4312, Box 430<br>Tucson, AZ 85714 |
| Nurtur Health, Inc. | 20 Batterson Park Road<br>Farmington, CT 06032 |

## SECOND SUPPLEMENTAL ANSWER:

Subject to and without waiving the above objection, Centene states that the subsidiary locations where employees of its subsidiaries who performed the jobs listed in Interrogatory No. 1 are, or were, are as follows:

| | |
|---|---|
| NovaSys Health, Inc. | One Allied Drive, Suite 1400<br>Little Rock, AR 72203 |

## INTERROGATORY NO. 6

Identify by name, last known address, phone number, e-mail address, social security number, job title and dates of employment with Defendant, all persons who have been employed by Defendant since February 22, 2009, who performed the jobs listed in Interrogatory No. 1

6

**ANSWER:**

Centene is without information sufficient to form a belief as to whether some other person or legal entity is liable to Plaintiffs in this matter. Centene's investigation is ongoing, and it will supplement its response to this interrogatory as required under Federal and Local Rules of Civil procedure.

Respectfully submitted,

BY: _____
Michael J. Golden
State Bar No. 24032234

BOULETTE & GOLDEN LLP
2801 Via Fortuna, Suite 530
Austin, TX 78746
512.732.8902
512.732.8905 (facsimile)
mike@boulettegolden.com

Robert A. Kaiser
Jovita M. Foster
Jeremy M. Brenner
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
314.621.5070
314.621.5065 (facsimile)
rkaiser@armstrongteasdale.com
jfoster@armstrongteasdale.com
jbrenner@armstrongteasdale.com

ATTORNEYS FOR DEFENDANTS

10

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing has been served upon all counsel of record via US mail on this 12th day of October 2012, as follows:

David G. Langenfeld
Dunham & Jones, P.C.
1800 Guadalupe Street
Austin, Texas 78701
512.777.7777 (Telephone)
512.340.4051 (Facsimile)

_____
Michael J. Golden
Counsel for Defendants

11

STATE OF MISSOURI )
) ss.
COUNTY OF St. Louis )

I hereby certify, swear, and attest that the above Answers to Interrogatories are complete, true and accurate to the best of my knowledge and belief.

By: _Tricia Dinkelman_
(Not to be signed by counsel)

Tricia Dinkelman
Printed Name

VP, Tax
Title

Subscribed and sworn to before me this 12th day of October, 2012.

_Carol R. Tofle_
Notary Public

My Commission Expires:

CAROL R. TOFLE
Notary Public - Notary Seal
STATE OF MISSOURI
St. Louis County
My Commission Expires: April 10, 2015
Commission # 11390584