# Exhibit 22

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| KATHY CLARK, AMY ENDSLEY, SUSAN GRIMMETT, MARGUERIETTE SCHMOLL, AND KEVIN ULRICH, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>CENTENE CORPORATION, CENTENE COMPANY OF TEXAS, L.P., AND SUPERIOR HEALTHPLAN, INC.,<br><br>Defendants. | Civil Action No. 1:12-CV-00174-SS |

### DEFENDANT'S FIRST SUPPLEMENTAL OBJECTIONS AND ANSWERS TO PLAINTIFFS' FIRST SET OF INTERROGATORIES TO DEFENDANT CENTENE CORPOPRATION

COMES NOW Defendant Centene Corporation (hereafter "Centene" or "Defendant") by and through its counsel, and pursuant to Rule 33 and 26(e)(1)(A) of the Federal Rules of Civil Procedure, submits its First Supplemental Answers and Objections to Plaintiff's First Set of Interrogatories as follows:

### INTERROGATORIES

### INTERROGATORY NO. 1

Describe the job duties and identify what you consider to be the primary duty (i.e., the principal, main, major or most important duty) for these jobs:

a).   Case Manager/Pre-Certification;

b).   Case Manager/Prior Authorization;

c).   Case Manager I;

d).   Utilization Review Nurse; and

STATE OF MISSOURI         )
                          ) ss.
COUNTY OF St. Louis       )

I hereby certify, swear, and attest that the above Answers to Interrogatories are complete, true and accurate to the best of my knowledge and belief.

By: _____
    (Not to be signed by counsel)

Tricia Dinkelman
Printed Name

VP Tax
Title

Subscribed and sworn to before me this 2nd day of October, 2012.

_____
Notary Public

My Commission Expires:
3/14/16

DANIEL J. BOYER
Notary Public - Notary Seal
STATE OF MISSOURI
St. Louis County
My Commission Expires: Mar. 14, 2016
Commission # 12314652

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

KATHY CLARK, AMY ENDSLEY, SUSAN )
GRIMMETT, MARGUERIETTE SCHMOLL, )
AND KEVIN ULRICH, ON BEHALF OF )
THEMSELVES AND ALL OTHERS )
SIMILARLY SITUATED, )
)
      Plaintiffs, )    Civil Action No.  1:12-CV-00174-SS
)
vs. )
)
CENTENE CORPORATION, CENTENE )
COMPANY OF TEXAS, L.P., AND )
SUPERIOR HEALTHPLAN, INC., )
)
      Defendants. )

## DEFENDANT'S SECOND SUPPLEMENTAL OBJECTIONS AND ANSWERS TO PLAINTIFFS' FIRST SET OF INTERROGATORIES TO DEFENDANT CENTENE CORPOPRATION

COMES NOW Defendant Centene Corporation (hereafter "Centene" or "Defendant") by and through its counsel, and pursuant to Rule 33 and 26(e)(1)(A) of the Federal Rules of Civil Procedure, submits its Second Supplemental Answers and Objections to Plaintiff's First Set of Interrogatories as follows:

### INTERROGATORIES

### INTERROGATORY NO. 1

Describe the job duties and identify what you consider to be the primary duty (i.e., the principal, main, major or most important duty) for these jobs:

    a).    Case Manager/Pre-Certification;

    b).    Case Manager/Prior Authorization;

    c).    Case Manager I;

    d).    Utilization Review Nurse; and

STATE OF MISSOURI  )
                   ) ss.
COUNTY OF St. Louis )

I hereby certify, swear, and attest that the above Answers to Interrogatories are complete, true and accurate to the best of my knowledge and belief.

By: _Tricia Dinkelman_
(Not to be signed by counsel)

Tricia Dinkelman
Printed Name

VP Tax
Title

Subscribed and sworn to before me this 12th day of October, 2012.

_Carol R. Tofle_
Notary Public

My Commission Expires:

CAROL R. TOFLE
Notary Public - Notary Seal
STATE OF MISSOURI
St. Louis County
My Commission Expires: April 10, 2015
Commission # 11390584