

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

KATHY CLARK, AMY ENDSLEY, SUSAN GRIMMETT, MARGUERIETTE SCHMOLL, and KEVIN ULRICH, on Behalf of Themselves and All Others Similarly Situated,
                                   Plaintiffs,

-vs-                                                                Case No. A-12-CA-174-SS

CENTENE CORPORATION; CENTENE COMPANY OF TEXAS, L.P.; and SUPERIOR HEALTHPLAN, INC.,
                                   Defendants.

## JUDGMENT

BE IT REMEMBERED on the 11th day of May 2015 the Court entered its findings of fact and conclusions of law following a bench trial. Thereafter, the Court enters the following:

IT IS ORDERED, ADJUDGED, and DECREED that the plaintiff Karen Calabrese do have and recover judgment against Defendant Centene Company of Texas, L.P. in the amount of TEN THOUSAND ONE HUNDRED SEVENTY-EIGHT DOLLARS AND 56/100 ($10,178.56), plus interest at 0.26% per annum until paid, plus costs of suit, for which let execution issue;

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that the plaintiff Rita Valdez do have and recover judgment against Defendant Centene Company of Texas, L.P. in the amount of NINE THOUSAND EIGHT HUNDRED FOURTEEN DOLLARS AND

38/100 ($9,814.38), plus interest at 0.26% per annum until paid, plus costs of suit, for which let execution issue;

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that the plaintiff Timothy Centeno do have and recover judgment against Defendant Centene Company of Texas, L.P. in the amount of SEVENTEEN THOUSAND SIX HUNDRED NINETY DOLLARS AND 70/100 ($17,690.70), plus interest at 0.26% per annum until paid, plus costs of suit, for which let execution issue;

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that the plaintiff Kathy Clark do have and recover judgment against Defendant Centene Company of Texas, L.P. in the amount of FIVE THOUSAND FIVE HUNDRED TWENTY-TWO DOLLARS AND 48/100 ($5,522.48), plus interest at 0.26% per annum until paid, plus costs of suit, for which let execution issue;

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that the plaintiff Julia DeLeon do have and recover judgment against Defendant Centene Company of Texas, L.P. in the amount of FOUR THOUSAND ONE HUNDRED THIRTY DOLLARS AND 62/100 ($4,130.62), plus interest at 0.26% per annum until paid, plus costs of suit, for which let execution issue;

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that the plaintiff Amy Endsley do have and recover judgment against Defendant Centene Company of Texas, L.P. in the amount of THREE THOUSAND NINE HUNDRED TWENTY-FIVE AND 80/100 ($3,925.80), plus interest at 0.26% per annum until paid, plus costs of suit, for which let execution issue;

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that the plaintiff Emily English do have and recover judgment against Defendant Centene Company of Texas, L.P. in the amount of TWO THOUSAND SIX HUNDRED FIFTEEN DOLLARS AND 16/100 ($2,615.16), plus interest at 0.26% per annum until paid, plus costs of suit, for which let execution issue;

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that the plaintiff Jill Galvan do have and recover judgment against Defendant Centene Company of Texas, L.P. in the amount of SIX THOUSAND ONE HUNDRED DOLLARS AND 24/100 ($6,100.24), plus interest at 0.26% per annum until paid, plus costs of suit, for which let execution issue;

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that the plaintiff Carolyn Garza do have and recover judgment against Defendant Centene Company of Texas, L.P. in the amount of SEVENTEEN THOUSAND THREE HUNDRED TWENTY-THREE DOLLARS AND 78/100 ($17,323.78), plus interest at 0.26% per annum until paid, plus costs of suit, for which let execution issue;

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that the plaintiff Susan Grimmett do have and recover judgment against Defendant Centene Company of Texas, L.P. in the amount of EIGHT THOUSAND SEVEN HUNDRED NINETY-EIGHT DOLLARS AND 38/100 ($8,798.38), plus interest at 0.26% per annum until paid, plus costs of suit, for which let execution issue;

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that the plaintiff Sunshine Hartnagel do have and recover judgment against Defendant Centene Company of Texas, L.P. in the amount of SIX THOUSAND FIVE HUNDRED FORTY-SEVEN

DOLLARS AND 82/100 ($6,547.82), plus interest at 0.26% per annum until paid, plus costs of suit, for which let execution issue;

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that the plaintiff Yasira Hunter do have and recover judgment against Defendant Centene Company of Texas, L.P. in the amount of TEN THOUSAND EIGHT HUNDRED SEVENTY-NINE DOLLARS AND 30/100 ($10,879.30), plus interest at 0.26% per annum until paid, plus costs of suit, for which let execution issue;

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that the plaintiff Jose Longoria do have and recover judgment against Defendant Centene Company of Texas, L.P. in the amount of EIGHTEEN THOUSAND TWO HUNDRED THIRTY-FOUR DOLLARS AND 54/100 ($18,234.54), plus interest at 0.26% per annum until paid, plus costs of suit, for which let execution issue;

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that the plaintiff Karen Moreno do have and recover judgment against Defendant Centene Company of Texas, L.P. in the amount of ELEVEN THOUSAND FOUR HUNDRED EIGHTY-SIX DOLLARS AND 62/100 ($11,486.62), plus interest at 0.26% per annum until paid, plus costs of suit, for which let execution issue;

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that the plaintiff Winston Pubien do have and recover judgment against Defendant Centene Company of Texas, L.P. in the amount of TWELVE THOUSAND SIX HUNDRED SIXTY-EIGHT DOLLARS AND 64/100 ($12,668.64), plus interest at 0.26% per annum until paid, plus costs of suit, for which let execution issue;

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that the plaintiff Maricela Graciano-Ramos do have and recover judgment against Defendant Centene Company of Texas, L.P. in the amount of FIVE THOUSAND THREE HUNDRED TWENTY-ONE DOLLARS AND 92/100 ($5,321.92), plus interest at 0.26% per annum until paid, plus costs of suit, for which let execution issue;

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that the plaintiff Penny Riley do have and recover judgment against Defendant Centene Company of Texas, L.P. in the amount of FIVE THOUSAND FIVE HUNDRED FOUR DOLLARS AND 84/100 ($5,504.84), plus interest at 0.26% per annum until paid, plus costs of suit, for which let execution issue;

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that the plaintiff Anna Serratos do have and recover judgment against Defendant Centene Company of Texas, L.P. in the amount of TEN THOUSAND SIXTY-FIVE DOLLARS AND 62/100 ($10,065.62), plus interest at 0.26% per annum until paid, plus costs of suit, for which let execution issue;

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that the plaintiff Laureen Sparrow do have and recover judgment against Defendant Centene Company of Texas, L.P. in the amount of TWENTY-SEVEN THOUSAND SIX HUNDRED SIXTY DOLLARS AND 90/100 ($27,660.90), plus interest at 0.26% per annum until paid, plus costs of suit, for which let execution issue;

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that the plaintiff Jane Townsend do have and recover judgment against Defendant Centene Company of Texas, L.P. in the amount of TWENTY-EIGHT THOUSAND TWO HUNDRED THIRTY-FIVE

DOLLARS AND 22/100 ($28,235.22), plus interest at 0.26% per annum until paid, plus costs of suit, for which let execution issue;

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that the plaintiff Kevin Ulrich do have and recover judgment against Defendant Centene Company of Texas, L.P. in the amount of NINETEEN THOUSAND SEVEN HUNDRED NINETY-ONE DOLLARS AND 46/100 ($19,791.46), plus interest at 0.26% per annum until paid, plus costs of suit, for which let execution issue;

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that the plaintiff Rose Guajardo TAKE NOTHING in this cause against Defendant Centene Company of Texas, L.P., and that costs of suit are taxed against the party incurring the same;

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that the plaintiff Angelita Cervantez TAKE NOTHING in this cause against Defendant Centene Company of Texas, L.P., and that costs of suit are taxed against the party incurring the same;

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that the plaintiff Cynthia Cantu TAKE NOTHING in this cause against Defendant Centene Company of Texas, L.P., and that costs of suit are taxed against the party incurring the same;

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that the plaintiff Cordelia Garcia TAKE NOTHING in this cause against Defendant Centene Company of Texas, L.P., and that costs of suit are taxed against the party incurring the same;

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that the plaintiff Sherri Hodsdon TAKE NOTHING in this cause against Defendant Centene Company of Texas, L.P., and that costs of suit are taxed against the party incurring the same;

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that the plaintiff Margueriette Schmoll TAKE NOTHING in this cause against Defendant Centene Company of Texas, L.P., and that costs of suit are taxed against the party incurring the same;

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that the plaintiffs TAKE NOTHING in this cause against Defendant Centene Corporation, and that costs of suit are taxed against the plaintiffs, for which let execution issue; and

IT IS FINALLY ORDERED, ADJUDGED, and DECREED that the plaintiffs TAKE NOTHING in this cause against Defendant Superior HealthPlan, Inc., and that costs of suit are taxed against the plaintiffs, for which let execution issue.

SIGNED this the 4th day of June 2015.

/s/ Sam Sparks
SAM SPARKS
UNITED STATES DISTRICT JUDGE