UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
16 SEP -9 PM 3:46
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
        DEPUTY CLERK

| | |
|---|---|
| KATHY CLARK, AMY ENDSLEY, SUSAN GRIMMETT, MARGUERIETTE SCHMOLL, AND KEVIN ULRICH, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>CENTENE COMPANY OF TEXAS, L.P.,<br><br>Defendant. | §§§§§§§§§§§§§§ Civil Action No. 1:12-CV-00174-SS |

### AMENDED JUDGMENT

BE IT REMEMBERED on the 9th day of September 2016 the Court entered its order amending judgment against Defendant Centene Company of Texas, L.P. for the Plaintiffs' attorneys' fees and costs, and the Court now enters the following:

IT IS ORDERED, ADJUDGED, and DECREED, that the Plaintiffs do have and recover attorneys' fees from Defendant Centene Company of Texas, L.P. in the amount of SEVEN HUNDRED FORTY-NINE THOUSAND, THREE HUNDRED FIFTY-FOUR AND 87/100 DOLLARS ($749,354.87); and

IT IS ORDERED, ADJUDGED, and DECREED, that the Plaintiffs do have and recover nontaxable costs from Defendant Centene Company of Texas, L.P. in the amount of TWENTY-FOUR THOUSAND, SEVEN HUNDRED SEVENTY AND 97/100 DOLLARS ($24,770.97); and



IT IS ORDERED, ADJUDGED, and DECREED, that the Clerk of Court tax costs against Defendant Centene Company of Texas, L.P. in the amount of SEVEN THOUSAND NINETY-THREE AND XX/100 DOLLARS ($7,093.00).

SIGNED this 9th day of September, 2016.

/s/ Sam Sparks
HON. SAM SPARKS
UNITED STATES DISTRICT JUDGE